IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| BILLY RAY HILL, ADC#133621 | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 5:13-cv-00082-JJV |
| RAY HOBBS, Director, | * | |
| Arkansas Department of Correction | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 8th day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE